UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Joseph Honkisz

                Plaintiff,

v.                                         Case No.: 1:15−cv−03318
                                                    Honorable Sheila M. Finnegan

Illinois Bell Telephone Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 21, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 4/21/2016 as to Joint Motion for Approval of Settlement and Dismissal [49]. Motion is granted and the settlement is approved for the reasons stated on the record. This action is dismissed with prejudice as to all claims asserted, with each party to bear its own costs and fees. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.